**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  05-cv-02031-REB-OES

CHRISTOPHER LEE ORLOSKI,

    Plaintiff,

v.

MONIGLE ASSOCIATES, INC.,

    Defendant.

---

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

The matter before me is the Magistrate Judge's **Recommendation for Dismissal Without Prejudice** [#20], filed November 29, 2005.  No objections having been filed to the recommendation, I review it only for plain error.  ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1]  Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

    **THEREFORE, IT IS ORDERED** as follows:

    (1) That the **Recommendation for Dismissal Without Prejudice** [#20], filed November 29, 2005, is **APPROVED AND ADOPTED** as an order of this court; and

    (2) That defendant's **Motion to Dismiss Pursuant to F.R.C.P. 12(b)(1)**

---

[1] This standard pertains even though plaintiff is proceeding *pro se.*  **Morales-Fernandez**, 418 F.3d at 1122.

**Incorporating Legal Authority** [#11], filed November 7, 2005, is **GRANTED**; and

(3) That plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

Dated December 21, 2005, at Denver, Colorado.

                                        BY THE COURT:

                                        <u>s/ Robert E. Blackburn</u>
                                        Robert E. Blackburn
                                        United States District Judge